**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PAJ TRUST,

   Plaintiff(s),

v.

ING BANK, FSB,

   Defendant(s).

2:14-CV-131 JCM (PAL)

**ORDER**

Presently before the court is the matter of *PAJ Trust Accommodation Party for Paul Patrick Jolivette v. ING Bank, FSB*, case no. 2:14-cv-131-JCM-PAL.

Petitioner seeks to register a foreign judgment obtained in an unspecified and unknown court. (*See* doc. # 3). Unfortunately for petitioner, the court cannot register unauthenticated judgments. *See* 28 U.S.C. § 1738.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that petitioner's motion for writ of execution (doc. # 3) be, and the same hereby is, DENIED.

DATED January 29, 2014.

              _____
               UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**